# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELLE RENA WILLIAMS,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-911-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S CONSENT PETITION FOR ATTORNEY'S FEES (Doc. No. 23)**
>
> **FILED:** June 26, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

This application follows the issuance of an Order and Judgment remanding the case pursuant to a motion for entry of judgment with remand by the Commissioner of Social Security with respect to Plaintiff's claim. Doc. Nos. 21 and 22.

Pursuant to the Equal Access to Justice Act, a party can recover an award of attorney's fees against the government provided that the party seeking the award is the prevailing party; the application for such fees, including an itemized justification for the amount sought, is timely filed;

the position of the government is not substantially justified; and no special circumstances are present which would make an award unjust.  28 U.S.C. § 2412(d)(1)(A).

The unopposed motion seeks an award of attorney's fees in the amount of $4,413.89, calculated at the rate of $161.85 per hour ($125.00 adjusted for cost of living increase of 29.48% (Consumer Price Index)) for 10.65 hours of work expended in 2006; $164.86 per hour ($125.00 adjusted for cost of living increase of 30.7% (Consumer Price Index)) for 11.2 hours expended in 2007; and $75.00 per hour for 11.25 hours of paralegal time.  *See Meyer v. Sullivan,* 958 F.2d 1029, 1034 (11th Cir. 1992) (court must consider cost of living increases when awarding attorney fees under Equal Access to Justice Act); *Johnson v. Sullivan*, 919 F.2d 503, 504 (8th Cir.1990) (CPI is appropriate proof of cost of living increase and justifies higher award than statutory rate); Doc. No. 23 n.2 (CPI information).  Upon review of the supporting papers filed by Plaintiff and there being no objection by the Commissioner (*see* Doc. No. 23 at 2), the Court finds that these sums are reasonable and an award is appropriate under the EAJA.  It is therefore **ORDERED** that the motion is **GRANTED** and judgment be entered in the amount of **$4,413.89** for attorney's fees and **$22.93** for expenses.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record